Michael GRIMES, Appellant,

v.

STATE of Missouri, Respondent.

ED 103081

Missouri Court of Appeals,
Eastern District,
*DIVISION TWO.*

Filed: April 19, 2016

Gwenda R. Robinson, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for appellant.

Chris Koster, Mary H. Moore, P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before: Philip M. Hess, P.J., Gary M. Gaertner, Jr., J., and Angela T. Quigless, J.

## ORDER

PER CURIAM.

Michael Grimes appeals from the motion court's judgment denying his Rule 29.15 motion. We have reviewed the briefs of the parties and the record on appeal, and we conclude the motion court's denial of post-conviction relief was not clearly erroneous. Rule 29.15(k). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties, for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b) (2014).